UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Conservation Law Foundation, Inc.

v.                                                      Case No. 16-cv-339-PB

Continental Paving, Inc.


**J U D G M E N T**


In accordance with the Consent Decree approved by Judge Paul Barbadoro on March 17,

2017, judgment is hereby entered.


By the Court,


/s/ Pamela E. Phelan
Pamela E. Phelan, Chief Deputy Clerk
United States District Court


Date: March 20, 2017


cc:      Counsel of Record